IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MAURICE FULLER,<br><br>      Petitioner,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>      Respondent. | Case No. 3:24-CV-01711-SPM |

## JUDGMENT IN A CIVIL ACTION

**DECISION BY THE COURT.**

    **IT IS ORDERED AND ADJUDGED** that, pursuant to the Order entered on June 20, 2025 (Doc. 14), this action is **DISMISSED with prejudice**. The Court **DECLINES** to issue a certificate of appealability.

    **DATED:  June 20, 2025**

                                                    MONICA A. STUMP,
                                                    Clerk of Court

                                                    By:  s/ *Jackie Muckensturm*
                                                               Deputy Clerk

    APPROVED: s/ *Stephen P. McGlynn*
                    STEPHEN P. McGLYNN
                  U.S. District Judge